AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| IN RE APPLICATION OF NEW YORK TIMES CO. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-MC-100 |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Politico LLC and Kyle Cheney.

Date: 11/15/2022

/s/Chad R. Bowman
*Attorney's signature*

Chad R. Bowman, No. 484150
*Printed name and bar number*
1909 K Street, NW
12th Floor
Washington, D.C. 20006

*Address*

bowmanchad@ballardspahr.com
*E-mail address*

(202) 661-2200
*Telephone number*

(202) 661-2299
*FAX number*