UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Miscellaneous Case No. 22-100 (BAH)<br><br>(consolidated with No. 22-104) |

### NOTICE OF APPEARANCE

Please take notice that Leslie Cooper Vigen hereby enters her appearance as counsel of record for the United States of America. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated: November 15, 2022

Respectfully submitted,

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email: leslie.vigen@usdoj.gov

*Counsel for the United States*