UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Miscellaneous Case No. 22-100 (BAH)<br><br>(consolidated with No. 22-104) |

**NOTICE OF FILING**

The United States, by and through its attorneys, hereby gives notice that, on November 15, 2022, it moved for leave to file under seal and ex parte (1) its response to the consolidated Application of the New York Times Co. and Charlie Savage for Access to Certain Dockets, Orders, Legal Briefing, and Argument Transcripts Ancillary to January 6 Grand Jury Proceedings and Application of Politico and Kyle Cheney to Unseal All Documents Related to the January 6 Grand Jury Investigation; (2) the Motion for Leave to File Under Seal; and (3) any order on the Motion.

Filing under seal and ex parte is appropriate here because the United States' filing responds to requests concerning an alleged grand jury investigation. The United States is obligated to neither confirm nor deny any such investigation. *See* Fed. R. Crim. P. 6(e); *see also, e.g.*, *In re North*, 16 F.3d 1234, 1245 (D.C. Cir. 1994) ("when the media reports information alleged to be grand jury material, 'the government is obligated to stand silent' and not confirm the information, whether it is accurate or not" (citation omitted)). Disclosing any part of the United States' filing would necessarily have that effect.

Dated:  November 15, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  (202) 305-0727
Fax:  (202) 616-8470
Email:  leslie.vigen@usdoj.gov

*Counsel for the United States*