# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Miscellaneous Case No. 22-100 (BAH)<br><br>(consolidated with No. 22-104)<br><br>Chief Judge Beryl A. Howell |

### ORDER

Upon consideration of the United States' Motion for Leave to File Under Seal, ECF No. 7, it is hereby—

**ORDERED** that the government's Motion is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that the following documents shall be filed under seal and *ex parte* until otherwise ordered by the Court: the United States' Memorandum in Opposition to the Application of the New York Times Co. and Charlie Savage for Access to Certain Dockets, Orders, Legal Briefing, and Argument Transcripts Ancillary to January 6 Grand Jury Proceedings; and the United States' Motion to Seal; and it is further

**ORDERED** that the government's motion is **DENIED** to the extent it seeks to file the instant Order under seal.

**SO ORDERED.**

Date: November 15, 2022

_____
BERYL A. HOWELL
Chief Judge