**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Miscellaneous Action No. 22-100 (BAH)<br><br>(consolidated with<br>Miscellaneous Action No. 22-104)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of petitioners The New York Times and Charlie Savage's Application for Access to Certain Dockets, Orders, Legal Briefing and Argument Transcripts Ancillary to January 6 Grand Jury Proceedings, ECF No. 1, petitioners Politico and Kyle Cheney's Application for Order Allowing Disclosure of All Documents Related to the January 6 Grand Jury Investigation, No. 22-mc-104, ECF No. 1, the legal memoranda in support of and opposition to the applications, the exhibits submitted in support of the applications, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, the requested dockets, any judicial decisions, and any associated filings ancillary to those proceedings concern matters currently before a grand jury in this District and thus, at this time, are subject to secrecy, pursuant to Federal Rule of Criminal Procedure 6(e)(2), and no exception enumerated in Rule 6(e)(3) applies to authorize disclosure. Accordingly, it is hereby—

**ORDERED** that petitioners' Applications are **DENIED** without prejudice; it is further

**ORDERED** that the government shall submit to the Court, by 5 p.m. on February 23, 2023, proposed redactions outlined in red box to the Memorandum Opinion that are necessary before prompt disclosure to petitioners; it is further

1

**ORDERED** that the government shall submit to the Court, by 5 p.m. on February 23, 2023, proposed redactions to its Sealed Opposition, ECF No. 10, with redactions consistent with the Memorandum Opinion and this Order; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

*This is a final and appealable Order.*

Date: February 23, 2023

_____
BERYL A. HOWELL
Chief Judge