## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION OF THE NEW YORK
TIMES COMPANY AND CHARLIE SAVAGE
FOR ACCESS TO CERTAIN DOCKETS,
ORDERS, LEGAL BRIEFING, AND
ARGUMENT TRANSCRIPTS ANCILLARY TO
JANUARY 6 GRAND JURY PROCEEDINGS

Case No. 1:22-mc-00100-BAH

### APPLICANTS' NOTICE OF APPEAL

Applicants POLITICO LLC and its journalist Kyle Cheney (together, "POLITICO"), by

and through their undersigned counsel and pursuant to Fed. R. App. P. 4(a)(1), give notice that

they hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from the

Order of this Court entered on February 23, 2023, denying POLITICO's application for access to

dockets, court opinions and orders, legal briefing, and argument transcripts, including such

materials regarding the scope of executive privilege invoked by former President Donald J.

Trump or former Trump Administration officials, in any judicial proceeding(s) ancillary to the

grand jury investigation(s) into the 2020 presidential election and the January 6, 2021

certification of that election's results.  ECF No. 13.

Dated:  March 27, 2023

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Chad R. Bowman*
Chad R. Bowman (#484150)
Matthew E. Kelley (#1018126)
Maxwell S. Mishkin (#1031356)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
bowmanchad@ballardspahr.com
kelleym@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for POLITICO LLC and Kyle Cheney*