UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Miscellaneous Case No. 22-100 (JEB)<br><br>(consolidated with No. 22-104) |

NOTICE OF SUBSTITUTION

Please take notice that Jeremy Newman hereby enters his appearance in the above-captioned action as counsel of record for the United States, in place of Leslie Cooper Vigen. Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court.

Dated:  July 23, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney (DC Bar No. 1024112)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  (202) 532-3114
Fax:  (202) 616-8470
Email:  jeremy.s.newman@usdoj.gov

*Counsel for the United States*