UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Miscellaneous Case No. 22-100 (JEB)<br><br>(consolidated with No. 22-104) |

## JOINT PROPOSED BRIEFING SCHEDULE

In response to the Court's Minute Order of August 2, 2024, Petitioners POLITICO LLC and Kyle Cheney ("Petitioners") and the United States hereby propose this briefing schedule.

Petitioners file supplemental brief in support of their petition: On or before August 23, 2024;

United States files supplemental response brief: On or before September 13, 2024;

Petitioners file supplemental reply brief: On or before September 20, 2024.

In proposing this briefing schedule, no party waives any arguments that may be raised in support of or in opposition to the petition.

Dated:  August 9, 2024

BALLARD SPAHR LLP

/s/ *Chad R. Bowman*
Chad R. Bowman (#484150)
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren P. Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ *Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney (DC Bar No. 1024112)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

*Counsel for Petitioners*  
*POLITICO LLC and Kyle Cheney*

Tel:  (202) 532-3114  
Fax:  (202) 616-8470  
Email:  jeremy.s.newman@usdoj.gov

*Counsel for the United States*