# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Case No. 22-mc-100-JEB |

## NOTICE OF JOINDER

Pursuant to Rule 20(a)(1) of the Federal Rules of Civil Procedure, Proposed Petitioners Bloomberg L.P., Cable News Network, Inc., The E.W. Scripps Company, and WP Company LLC d/b/a The Washington Post hereby join the Application for Access to Judicial Records Ancillary to Certain Grand Jury Proceedings Concerning Executive Privilege, and any briefing in support thereof, in this action.  Proposed Petitioners seek the same relief as Petitioners and the questions of law and fact in this action are common to Petitioners and Proposed Petitioners.

Dated:  August 23, 2024

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Chad R. Bowman*
Chad R. Bowman (#484150)
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren P. Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
bowmanchad@ballardspahr.com
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Bloomberg L.P., Cable News Network, Inc., The E.W. Scripps Company, and WP Company LLC d/b/a The Washington Post*