UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Miscellaneous Case No. 22-100 (JEB)<br><br>(consolidated with No. 22-104) |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE EX PARTE AND UNDER SEAL

The government, by and through its attorneys, hereby moves for an order pursuant to Local Civil Rule 5.1(h) allowing it to file under seal and *ex parte*, until further order of this Court, the Government's Submission of Proposed Redactions, including all exhibits to that submission.[1]

Compelling interests support allowing the government to file its Submission of Proposed Redactions under seal and *ex parte*. This action concerns Petitioners' request for access to opinions and orders relating to executive privilege disputes ancillary to grand jury proceedings. The D.C. Circuit has held that this Court (then-Chief Judge Beryl A. Howell) correctly decided that under Federal Rule of Criminal Procedure 6(e), the materials sought by Petitioners could not be released, yet the D.C. Circuit remanded to this Court to determine the impact of a subsequent disclosure by the governemnt of the existence of executive privilege litigation. *See In re Application of Politico*, 2024 WL 1739096, at *2, *4 (D.C. Cir. Apr. 23, 2024) (per curiam).

As the government explains in its public supplemental response brief filed concurrently with this Motion, the government's position is that these opinions and orders discuss matters occurring before the grand jury that remain protected by Rule 6(e), but they can now be released

---

[1] The government conferred with Petitioners' counsel, who indicated that Petitioners do not oppose this Motion.

in redacted form. The Government's Submission of Proposed Redactions sets forth the government's proposed redactions of the opinions and orders, reflecting the government's view of what portions of the opinions and orders can be disclosed publicly, consistent with Rule 6(e) and governing law. This submission is part of a "familiar" process under which the Court engages in "necessary consultation with the government" to determine what portions of documents containing secret grand jury materials can be unsealed. Memorandum Opinion, Redacted Version, ECF No. 18; *accord In re Press Application for Access to Jud. Recs. Ancillary to Certain Grand Jury Proc. Concerning Former Vice President Pence*, 678 F. Supp. 3d 135, 147 (D.D.C. 2023). This consultation must occur through *ex parte* submissions so that in setting forth its position, the government does not disclose the very information that it believes must remain secret.

      For all of these reasons, the government respectfully requests that the Court enter an order sealing and maintaining *ex parte* the Government's Submission of Proposed Redactions, including all exhibits to that submission.

Dated:  September 13, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　　Deputy Director
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　*/s/ Jeremy S.B. Newman*
　　　　　　　　　　　　　　　　　　　　JEREMY S.B. NEWMAN
　　　　　　　　　　　　　　　　　　　　Trial Attorney (DC Bar No. 1024112)
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Tel:  (202) 532-3114
　　　　　　　　　　　　　　　　　　　　Fax:  (202) 616-8470
　　　　　　　　　　　　　　　　　　　　Email:  jeremy.s.newman@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for the United States*