UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS** | Miscellaneous Case No. 22-100 (JEB)<br><br>(consolidated with No. 22-104) |

**[PROPOSED] ORDER**

Upon consideration of the Government's Motion for Leave to File Ex Parte and Under Seal, it is hereby **ORDERED** that the Motion is **GRANTED**. The Government's Submission of Proposed Redactions and all exhibits to that submission shall be filed under seal and *ex parte* until otherwise ordered by the Court.

**SO ORDERED.**

Dated:

 

HON. JAMES E. BOASBERG
CHIEF U.S. DISTRICT JUDGE