# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY SUBPOENAS ▮▮▮▮▮▮▮

Case No. 22-gj-25 (BAH)

Chief Judge Beryl A. Howell

**UNDER SEAL**

# ORDER

On September 28, 2022, this Court granted the United States' motion to compel the grand jury testimony of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and ordered the witnesses to appear before the grand jury to give testimony previously withheld on the basis of the presidential communications privilege ▮▮▮▮▮▮▮▮▮▮▮▮▮, *see* Order Granting Gov't's Mot. to Compel Testimony Withheld from the Grand Jury, ECF No. 17; Redacted Memorandum Opinion regarding Gov't's Mot. to Compel Testimony Withheld from the Grand Jury, ECF No. 20. Despite having a full week to consider the Court's decision, former president Donald J. Trump moved at 4:30 p.m. last night, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, for a stay of the grand jury's ongoing investigation, and thus the witnesses' forthcoming testimony, pending his appeal of the Order to the D.C. Circuit. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Upon consideration of the motion and the United States' expedited response ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and the entire record herein, the Court finds that the former president has not met his burden warranting the extraordinary relief of a stay of the grand jury witnesses' testimonies.

2

An accompanying Memorandum Opinion will follow shortly.

Accordingly, it is hereby

**ORDERED** that the former president's Motion to Stay Pending Appeal, ▮▮▮▮, is **DENIED**.

**SO ORDERED.**

Date: October 6, 2022

_____
BERYL A. HOWELL
Chief Judge