# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY SUBPOENAS

Case No. 22-gj-33 (BAH)

Chief Judge Beryl A. Howell

**UNDER SEAL**

# ORDER

On ▓▓▓▓▓▓▓▓, this Court granted the United States' motion to compel the grand jury testimony of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and ordered the witnesses to appear before the grand jury to give testimony previously withheld on the basis of the presidential communications privilege ▓▓▓▓▓▓▓▓▓▓▓▓▓ *see* Order Granting Gov't's Mot. Compel Testimony Withheld from Grand Jury, ECF No. 12; Memorandum Opinion regarding Gov't's Mot. Compel Testimony Withheld from Grand Jury, ECF No. 13. Former president Donald J. Trump moved for a stay of the grand jury's ongoing investigation, and thus the witnesses' testimony, pending his appeal of the Order to the D.C. Circuit. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Upon consideration of the motion and the United States' response and the entire record herein, the Court finds that the former president has not met his burden warranting the extraordinary relief of a stay of the grand jury witnesses' testimonies.

Accordingly, it is hereby



2

**ORDERED** that the former president's Sealed Motion for Stay Pending Appeal, ███ ███, is **DENIED**; and it is further

**ORDERED** that the government submit to the Court, by ███████████ at 5 p.m., any proposed redactions to the accompanying Memorandum Opinion that are necessary before disclosure of the Opinion to the witnesses, their counsel, the former president, and his counsel.

**SO ORDERED.**

Date: December 18, 2022

*Beryl A. Howell*
_____
BERYL A. HOWELL
Chief Judge