## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS | Case No. 23-gj-12 (BAH) <br><br> Chief Judge Beryl A. Howell <br><br> **UNDER SEAL** |

## ORDER

█████████████████████████████████████████████

█████████████████████████ ("the Witnesses"), █████████████

█████████████████████████████████████████, received grand jury subpoenas and declined to comply in full because of the former president's invocation of executive privilege. The government filed the instant Motion to Compel Grand Jury Testimony, █████████████████████████████████████████ seeking an order to compel the Witnesses to give testimony previously objected to by the former president.

Upon consideration of the government's Motion ████████████████████ █████████████████████████████████ █ and the entire record herein, the Court finds that (1) the testimony the government seeks from the Witnesses is assumed to be presumptively protected by the presidential communications privilege arising from the former president's generalized interest in confidentiality and the former president's invocation of the presidential-communications privilege; (2) the grand jury has a demonstrated, specific need for testimony from the Witnesses about communications and meetings that overcomes the former president's assertion of the presidential-communications privilege; and (3) the government has sufficiently demonstrated that evidence of these

communications is important and relevant to the grand jury's investigation and that the evidence is not available with due diligence elsewhere. Accordingly, it is hereby—

**ORDERED** that the government's Sealed Motion to Compel Grand Jury Testimony, ▮▮▮▮, is **GRANTED**; it is further

**ORDERED** that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ are to appear before the Grand Jury of the U.S. District Court for the District of Columbia and give testimony, which has previously been the subject of an assertion by the former president of the presidential communications privilege, relating, but not limited to, any communications and meetings regarding the following topics, and any similar such communications or meetings:





**ORDERED** that the government shall submit to the Court, by 5 p.m. on ▮▮▮▮▮▮ proposed redactions outlined in red box to the accompanying Memorandum Opinion that are necessary before disclosure of the Opinion, through counsel, to the witnesses and the former president.

**SO ORDERED.**

Date: March 15, 2023

BERYL A. HOWELL
Chief Judge

3