IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Case No. 22-mc-100-JEB |

**JOINT STATUS REPORT**

Petitioners POLITICO LLC, Kyle Cheney, Bloomberg L.P., Cable News Network, Inc., The E.W. Scripps Company, and WP Company LLC d/b/a The Washington Post, and Respondent the United States, through their undersigned counsel, respectfully submit this joint status report pursuant to the Court's Minute Order of November 15, 2024.

In this action, Petitioners seek access to opinions and orders issued as to invocations of executive privilege that President Donald J. Trump or others made in judicial proceedings ancillary to grand jury investigations into the 2020 presidential election. After the D.C. Circuit remanded this case back to this Court, the parties filed supplemental briefing, *see* ECF Nos. 25, 28, 31, and the government submitted under seal and *ex parte* its proposed redactions to opinions and orders issued in five sealed proceedings, *see* ECF No. 29. The Court subsequently ordered the government to release those opinions and orders "with the redactions it has proposed" and stated that "The Court will subsequently determine if other releases are warranted." *See* Minute Order of Oct. 24, 2024. The government released those records on October 28, 2024, *see* ECF No. 32, and the parties appeared before the Court for a status hearing on November 15, 2024.

After meeting and conferring, the parties respectfully submit that the matter is now ripe for the Court to "determine if other releases are warranted." *See* Minute Order of Oct. 24, 2024. The parties intend to stand on their prior briefing unless the Court directs otherwise.

| | |
|---|---|
| Dated: January 30, 2025 | Respectfully submitted, |
| BALLARD SPAHR LLP | BRETT A. SHUMATE<br>Acting Assistant Attorney General<br>Civil Division |
| /s/ *Chad R. Bowman*<br>Chad R. Bowman (#484150)<br>Charles D. Tobin (#455593)<br>Maxwell S. Mishkin (#1031356)<br>Lauren P. Russell (#1697195)<br>1909 K Street NW, 12th Floor<br>Washington, DC 20006<br>Tel: (202) 661-2200<br>Fax: (202) 661-2299<br>bowmanchad@ballardspahr.com<br>tobinc@ballardspahr.com<br>mishkinm@ballardspahr.com<br>russelll@ballardspahr.com<br><br>*Counsel for Petitioners* | ELIZABETH J. SHAPIRO<br>Deputy Director<br>Civil Division, Federal Programs Branch<br><br>/s/ *Jeremy S.B. Newman*<br>JEREMY S.B. NEWMAN<br>Trial Attorney (DC Bar No. 1024112)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 532-3114<br>Fax: (202) 616-8470<br>Email: jeremy.s.newman@usdoj.gov<br><br>*Counsel for the United States* |