UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Misc. No. 22-100 (JEB) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Petitioners' [1] Application is GRANTED IN PART and DENIED IN PART; and

2. The Government shall release by July 17, 2025, the two documents mentioned in the Memorandum Opinion.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date:  July 10, 2025