UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES CO. AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | Miscellaneous Case No. 22-100 (JEB) <br><br> (consolidated with No. 22-104) |

**NOTICE OF FILING OF DOCUMENTS
TO COMPLY WITH COURT ORDER**

On July 10, 2025, this Court entered an Order and Memorandum Opinion, directing the government to release two documents with any necessary redactions. *See* Order, ECF No. 35; Memorandum Opinion at 9-10, ECF No. 36. Pursuant to that order and opinion, the government is hereby filing those two documents, with appropriate redactions.

Dated: July 16, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*