# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GRAND JURY SUBPOENA**<br>**GJ20230207-E0107** | Case No. 23-gj-13 (JEB)<br><br>Under Seal<br><br>*EX PARTE* TO GOVERNMENT ONLY |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The Government's [1] Motion to Compel is GRANTED IN PART and DENIED IN PART;

2. ▮▮▮▮▮ must testify in the grand jury on matters related to the ▮ enumerated topics, with the exception of the specific circumstances detailed in Part III.B.2.b and page 17–18 of the accompanying Memorandum Opinion; and

3. The Government shall submit to the Court, by 5:00 p.m. on Sunday, March 26, 2023, proposed redactions outlined in red box to the accompanying Memorandum Opinion that are necessary before disclosure of the Opinion to ▮ and former President Trump.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: March 25, 2023