MINUTE ORDER: As explained in yesterday's hearing, the Court ORDERS that the 25 Motion to Stay Pending Appeal is DENIED, although the Government shall not require ███████████████ to appear in the grand jury before noon on April 12, 2023. So ORDERED, by Chief Judge James E. Boasberg on 4/11/2023. Counsel has been notified electronically.(znbn) (Entered: 04/11/2023)